GEORGE DERBY WHITE, Respondent, v. IMPROVED PROPERTY HOLDING COMPANY OF NEW YORK, a Corporation, Appellant.

*Discovery — examination before trial.*

Appeal from an order of the Special Term, entered in the office of the clerk of the county of New York on the 23d day of June, 1909, denying a motion to vacate an order for the examination of certain officers, servants and agent of the defendant to enable plaintiff to frame a complaint.

CLARKE, J.: The moving papers affirmatively establish that the plaintiff has all the information necessary to enable him to frame his complaint. Therefore, he needs no examination of the defendant for that purpose and the order appealed from was improvident. (*Waitzfelder* v. *Moses Sons & Co.*, 120 App. Div. 144; *Matter of Gardner*, 124 id. 654; *Rosenthal* v. *Jackson*, 125 id. 895.) After the issue is joined, if it become necessary to examine the defendant for the purpose of obtaining evidence necessary and material for use upon the trial, a proper application for such relief can be made. The order appealed from should be reversed, with ten dollars costs and disbursements, and the motion granted, with ten dollars costs. Ingraham, Laughlin, Houghton and Scott, JJ., concurred. Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs.

Theodor Friedeberg and Myer Paltrowitz, Appellants, v. The City of New York, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Minnie Mainthow, Respondent, v. Harold Mainthow, Sued as "Harold P. Mainthow," Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Edward S. Hatch, Respondent, v. Lyman E. Warren, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

The State Bank, Respondent, v. Henry Wilchinsky and Others, Defendants. In the Matter of the Proceedings to Compel Harris Shapiro, the Purchaser of the Premises Described in the Judgment Herein, Appellant, to Complete His Purchase.— Order affirmed, with ten dollars costs and disbursements. No opinion.

In the Matter of Peter F. Mulvey.— Order modified as stated in memorandum per curiam, and as modified affirmed, without costs. Memorandum per curiam. Settle order on notice.